**Motion Granted and Order filed September 17, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-01053-CV
_____

**DIOGU LAW FIRM PLLC AND DIOGU KALU DIOGU II, Appellants**

**V.**

**DAVID MELANSON; DENISE ROBBINS; EDDIE M. KRENEK; AND TRICIA KRENEK, Appellees**

---

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-DCV-251076**

---

## ORDER

Appellant filed a motion requesting we copy the reporter's record from his appeal in cause no. 14-18-01065-CV into the file for this case because both appeals arise from the same underlying proceedings. We GRANT appellant's motion and ORDER the clerk of this court to copy all three volumes of the reporter's record filed in cause no. 14-18-01065-CV into the file for this case.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.